No. 97–1800. BAZZETTA ET AL. *v.* MCGINNIS, DIRECTOR, MICHIGAN DEPARTMENT OF CORRECTIONS, ET AL. C. A. 6th Cir.

954

Certiorari denied.

